IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


JEFFERY L. STANTON,
    Petitioner,

vs.                                  Case No.:  3:04cv18/MCR/EMT

JAMES R. McDONOUGH,[1]
    Respondent.
_____/

### O R D E R

    This cause is before the court on a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1).  Respondent filed a motion to dismiss the petition (Doc. 14), and Petitioner replied (Docs. 24, 26, 29).

    This court finds that a review of the pro se petition for writ of habeas corpus filed by Petitioner with the Florida Supreme Court on July 25, 2003, Case No. SC03-1666, as well as any additional amendments or supplements to that petition is necessary for resolution of this matter. Furthermore, a copy of the pro se motion for post-conviction relief filed by Petitioner on October 22, 2003, in the Circuit Court in and for Escambia County, Florida, Case No. 02-5181-CF, is also necessary.   Both of these pleadings were referenced in Respondent's motion to dismiss (*see* Doc. 14 at 2).  Therefore, Respondent shall be required to provide them.

    Accordingly, it is **ORDERED**:

    Within **THIRTY (30) DAYS** from the date of docketing of this order, Respondent shall furnish a copy of  the pro se petition for writ of habeas corpus filed by Petitioner with the Florida Supreme Court on July 25, 2003, Case No. SC03-1666, as well as any additional amendments or

---

[1] James R. McDonough succeeded James Crosby as Secretary for the Department of Corrections, and is automatically substituted as Respondent.  *See* Fed. R. Civ. P. 25(d)(1).

supplements to that petition, and a copy of the pro se motion for post-conviction relief filed by Petitioner on October 22, 2003, in the Circuit Court in and for Escambia County, Florida, Case No. 02-5181-CF.

**DONE AND ORDERED** this 7th day of June 2006.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**