IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFERY L. STANTON,
    Petitioner,

vs.                                 Case No.: 3:04cv18/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 4, 2006. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Respondent's motion to dismiss (Doc. 14) is **GRANTED**.

    3. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

    **DONE AND ORDERED** this 5th day of September, 2006.

                                                _s/ M. Casey Rodgers_
                                                **M. CASEY RODGERS**
                                                **UNITED STATES DISTRICT JUDGE**